RECEIVED
IN ALEXANDRIA, LA
SEP 21 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NUMBER 97-10012-07 |
| VERSUS | * | JUDGE LITTLE |
| DIANE M. HENTON | * | |

## ORDER

Upon petition by the United States of America under the provisions of 18 U.S.C. §3613, as amended, for remission of all of the unpaid portion of the fine imposed upon the captioned criminal defendant, and the Court being sufficiently advised by the United States Attorney as to the death of the defendant,

IT IS HEREBY ORDERED that the unpaid portion of the fine imposed upon the captioned criminal defendant be, and hereby is, remitted.

Signed in Alexandria, Louisiana, this the 21st day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE